UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NAMEL NORRIS,

                                   Plaintiff,

                 -against-                        24-CV-09672 (VEC)

                                                 ORDER

WEST 3RD NYC DELI INC., a New York
corporation, d/b/a ARTISTIC PIZZA, and
WASHINGTON SQUARE REALTY CORP.,
a New York corporation,

                                Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that initial pretrial conference scheduled for April 18, 2025, is ADJOURNED to **Friday, May 9, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The pre-conference joint letter described in Paragraph 5 of the Notice of Initial Pretrial Conference, Dkt. 7, is due **Thursday, May 1, 2025**.

      IT IS FURTHER ORDERED that Defendants must answer or otherwise respond to the Complaint not later than **Friday, April 18, 2025**. If Defendants fail to appear and respond by such date, Plaintiff must move for an order to show cause why default judgment should not be entered against Defendants, in accordance with the Undersigned's Individual Practices in Civil Cases, not later than **Thursday May 1, 2025**.

**SO ORDERED.**

Date: April 9, 2025
      New York, New York
                                                                VALERIE CAPRONI
                                                          United States District Judge