# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

May 1, 2025

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2025

<u>VIA CM/ECF</u>
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20C
New York, NY 10007

      **Re:**    **Norris v. West 3rd NYC Deli Inc., d/b/a Artistic Pizza, et al**
               **Case 1:24-cv-09672-VEC**

Dear Judge Caproni:

      The undersigned represents the Plaintiff in the above-captioned case matter.

      The Initial Pretrial Conference in this matter is currently scheduled for May 9, 2025 at 10:00 a.m. in your Courtroom. Defendant Washington Square Realty Corp. has recently appeared in this matter [D.E. 12]. Though Plaintiff's counsel and counsel for West 3rd NYC Deli Inc., were able to hold settlement discussions and able to meet and confer, per the Court's Conference Order [D.E. 7], Plaintiff has not had the opportunity to meet and confer or hold any settlement discussions with Defendant Washington Square Realty Corp. In order to comply with Order [D.E. 7], and simultaneously initiate discussions with Washington Square Realty Corp., the undersigned hereby respectfully requests a three (3) week adjournment of the Conference to a date most convenient to the Court.

      The undersigned has conferred with counsel for both defendants, who have consented to this motion. Per request from Defendant, please also extend Defendant(s) answer to Complaint deadlines accordingly. Thank you for your attention to this matter.

Respectfully submitted,

  By: _S/ B. Bradley Weitz_____
     B. Bradley Weitz, Esq.
     The Weitz Law Firm, P.A.
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone:  (305) 949-7777
     Facsimile:  (305) 704-3877
     Email: bbw@weitzfirm.com
     Attorney for Plaintiff

Application DENIED.  The parties were required to meet and confer not later than March 28, 2025.  *See* Dkt. 7.  Plaintiff's representation that he and one of the Defendants have not "had a chance" to comply with the Court's Order is unacceptable, particularly considering that the Court has already granted a three-week adjournment of the conference date.  *See* Dkt. 11.  Accordingly, the conference will proceed as scheduled on **May 9, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Defendants' deadline to answer or otherwise respond to the Complaint remains **May 9, 2025**.  *See* Dkt. 14.

Additionally, the parties' pre-conference joint letter was due yesterday, May 1, 2025.  The parties must file the letter not later than **Monday, May 5, 2025.**  The letter must confirm that all parties have met and conferred for at least one hour.  Failure to adhere to this or any other Court-ordered deadline may result in sanctions.

SO ORDERED.

_Valerie Caproni_ 5/2/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE